1  ERIC H. GIBBS (CA Bar No. 178658)
   ehg@girardgibbs.com
2  MATTHEW B. GEORGE (CA Bar No. 239322)
   mbg@girardgibbs.com
3  JENNIFER L. MCINTOSH (CA Bar No. 264903)
   jlm@girardgibbs.com
4  **GIRARD GIBBS LLP**
   601 California Street, 14th Floor
5  San Francisco, California 94104
   Telephone: (415) 981-4800
6  Facsimile: (415) 981-4846

7  Attorneys for Plaintiffs
   SHONNA EARLS and JOHN HOLT, SR.
8

9  CHERYL A SABNIS (CA Bar No. 224323)
   csabnis@kslaw.com
10 **KING & SPALDING LLP**
   101 Second Street, Suite 2300
11 San Francisco, CA 94105
   Telephone: (415) 318-1200
12 Facsimile:  (415) 318-1300

13 Attorneys for Defendants
   THE HOME DEPOT, INC. and HOME DEPOT
14 U.S.A., INC.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19

20 SHONNA EARLS and JOHN HOLT, SR.,                Case No.  3:14-CV-4315-RS
   on behalf of themselves and all others
21 similarly situated                              **STIPULATION AND [~~PROPOSED~~]
                                                   ORDER FURTHER EXTENDING
22          Plaintiffs,                            DEFENDANTS' DEADLINE TO RESPOND
                                                   TO COMPLAINT**
23      v.

24 THE HOME DEPOT, INC. and HOME
   DEPOT U.S.A., INC.,
25
            Defendants.
26

27

28

1   WHEREAS, the above-captioned action is one of over forty putative class actions that
2   have been filed in federal court in connection with a criminal intrusion into Home Depot's
3   payment data system;

4   WHEREAS, on September 15, 2014, John Solak and Dennis O'Rourke—plaintiffs in
5   *Solak v. The Home Depot, Inc.*, No. 14-cv-02856-WSD (N.D. Ga.) ("*Solak*"), an earlier-filed
6   putative class action, filed a Motion for Consolidation and Transfer Under 28 U.S.C. § 1407 with
7   the Judicial Panel on Multi-District Litigation (the "MDL Panel");

8   WHEREAS, on September 19, 2014, the *Solak* plaintiffs filed an Amended Motion for
9   Consolidation and Transfer with the MDL Panel, seeking to have ten other actions consolidated
10  with the *Solak* case and transferred to the Northern District of Georgia;

11  WHEREAS, on September 26, 2014, the *Solak* plaintiffs filed a Notice of Related Actions
12  with the MDL Panel that listed this action as a related action;

13  WHEREAS, on October 21, 2014, the Court entered a stipulated order extending
14  Defendants' deadline to respond to Plaintiffs' complaint in this case through and including
15  December 19, 2014 in light of the pending motion for consolidation and transfer;

16  WHEREAS, on December 11, 2014, the MDL Panel granted the *Solak* plaintiffs' motion
17  for consolidation and transfer and entered an order consolidating eleven putative class actions
18  against Home Depot and transferring them to the Northern District of Georgia before Chief Judge
19  Thomas W. Thrash, Jr. ;

20  WHEREAS, on December 12, 2014, the MDL Panel entered a conditional transfer order
21  transferring this case to the Northern District of Georgia (the "Conditional Transfer Order");

22  WHEREAS, under JPML Rule 7.1, the Conditional Transfer Order will become effective
23  on December 19, 2014 if no opposition to the order is filed;

24  NOW THEREFORE, Plaintiffs and Defendants by and through their counsel of record,
25  hereby stipulate and agree, subject to approval of the Court, that all proceedings in this case,
26  including Defendants' obligation to respond to the complaint shall be stayed pending the
27  resolution of any opposition to the Conditional Transfer Order, or in the event no opposition is
28  filed, pending further order of the transferee court.  Should the Conditional Transfer Order not

1  take effect the parties will promptly notify this Court.

2

3  Dated:  December 16, 2014                     GIRARD GIBBS LLP

4

5                                                By:  /s/ Matthew B. George
                                                     Eric H. Gibbs
6                                                    Matthew B. George
                                                     Jennifer L. McIntosh
7

8                                                Attorneys for Plaintiffs
                                                 SHONNA EARLS and JOHN HOLT, SR.
9

10 Dated:  December 16, 2014                     KING & SPALDING LLP

11

12                                               By:  /s/ Cheryl A. Sabnis
                                                     Cheryl A. Sabnis
13

14                                               Attorneys for Defendants
                                                 THE HOME DEPOT, INC. and HOME DEPOT
                                                 U.S.A., INC.
15

16 PURSUANT TO STIPULATION, IT IS SO ORDERED.

17      All proceedings in this case, including Defendants' deadline to respond to the complaint,

18 shall be stayed pending the resolution of any opposition to the Conditional Transfer Order, or in

19 the event no opposition is filed, pending further order of the transferee court.

20

21 Dated:  12/17        , 2014

22                                               _____
                                                 Hon. Richard Seeborg
23                                               Judge, U.S. District Court